# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| UNITED STATES OF AMERICA | PLAINTIFF |
|---|---|

V.  NO. 4:10CR00166-001 SWW

| DOUGLAS SCOTT REEVES | DEFENDANT |
|---|---|

**ORDER**

Before the Court is the government's petition [doc #68] that summons be issued and a revocation hearing be held as to the above-named defendant.

A hearing is scheduled at *10:00 A.M. ON WEDNESDAY, SEPTEMBER 4, 2013, Courtroom #389*, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously granted this defendant should not be revoked.

IT IS SO ORDERED that the Clerk of Court is directed to issue a summons for **Douglas Scott Reeves**, and the United States Marshal is directed to serve the summons in this matter upon defendant.

The Court has determined that the Federal Public Defender should be appointed and *Latrece Gray, Assistant Federal Public Defender, hereby, is appointed to represent defendant in all further proceedings herein* replacing Mark Alan Jesse.

DATED this 23rd day of July 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE