IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

vs.                    NO.  4:10CR00166-001  SWW

DOUGLAS SCOTT REEVES                                             DEFENDANT

## ORDER

The above entitled cause came on for hearing September 4, 2013 on the government's motion to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  The Court finds that the government's motion should be dismissed without prejudice.  However, the Court has determined that defendant's conditions of supervised release should be modified.

IT IS THEREFORE ORDERED that defendant's term of supervised release shall be modified to include the following special conditions:

**1.  Defendant shall serve a period of EIGHT (8) MONTHS in a residential reentry center under the guidance and direction of the U. S. Probation Office.  The defendant shall abide by all rules and regulations of the facility.**

**2. Defendant shall participate, under the guidance and supervision of the U. S. Probation Office, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.  The costs associated with any treatment shall be paid by the defendant.**

**3. Defendant shall attend Narcotics Anonymous meetings at least twice weekly and submit verification of attendance to the U. S. Probation Office.**

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect until the expiration of his term of supervised release.   The Court reminds defendant that any further violation of the terms of his supervised release could result in an

immediate hearing and the revocation of his release.

IT IS FURTHER ORDERED that the government's petition to revoke defendant's supervised release [doc #68] is **dismissed** without prejudice.

IT IS SO ORDERED this 4th day of September 2013.

/s/Susan Webber Wright
United States District Judge