# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA					PLAINTIFF

vs.				NO. 4:10CR00166-001 SWW

DOUGLAS SCOTT REEVES					DEFENDANT

### ORDER

The above entitled cause came on for hearing November 21, 2013 on the government's petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and testimony of the witness, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motion to revoke supervised release [doc #75] is *granted* and the supervised release previously granted this defendant, hereby, is *revoked*.

IT IS FURTHER ORDERED that defendant shall serve a *term of imprisonment of TWELVE (12) MONTHS & ONE DAY* in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in Texarkana, Texas to be close to his family in central Arkansas and further requests that he not be placed in Forrest City, Arkansas; and that defendant participate in substance abuse treatment and programs during incarceration.

There will be *ONE (1) YEAR of supervised release* following the term of incarceration. Defendant shall follow all standard conditions of supervised release. All other conditions of

supervised release previously imposed remain in full force and effect which include the following special condition:

> 1. Defendant shall participate, under the Guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of supervision.

The defendant is directed to report to the U. S. Marshal Service in Little Rock, Arkansas on ***MONDAY, JANUARY 6, 2014 BY NOON*** for transport to the designated facility.

IT IS SO ORDERED this 26th day of November 2013.

/s/Susan Webber Wright

United States District Judge